**Electronically Filed
Supreme Court
SCWC-21-0000531
02-FEB-2024
07:58 AM
Dkt. 30 OGAC**

SCWC-21-0000531

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WALTER M. GUITY,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

_____

CERTIORARI FROM THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000531; CIV. NO. 1CCV-21-0000629)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ., and Circuit
Judges Cataldo and Malinao, assigned by reason of vacancies)

Petitioner Walter M. Guity's Application for Writ of

Certiorari, filed on December 8, 2023, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held in this case, subject to further order of the court. Any

party may, within ten days and pursuant to Rule 34(c) of the

Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 2, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa W. Cataldo

/s/ Clarissa Y. Malinao